IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEAN REILLY,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3252

_____/

Opinion filed January 9, 2017.

An appeal from the Circuit Court for Leon County.
James O. Shelfer, Judge.

Michelle R. Walsh, Miami, for Appellant.

Pamela Jo Bondi, Attorney General, and Michael Mcdermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

MAKAR, JAY, and M.K. THOMAS, JJ., CONCUR.